UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER KROMREI,   Case No.2:22-cv-11821

        Plaintiff,   Hon. George Caram Steeh

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

        Defendant.

| Donald W. Busta, Jr. (P67544) | D. Andrew Portinga (P55804) |
|---|---|
| Levine Benjamin PC | Miller Johnson |
| Attorney for Plaintiff | Attorneys for Defendant |
| 100 Galleria Officenter, Ste. 411 | 45 Ottawa Ave. SW, Ste. 1100 |
| Southfield, MI  48034 | Grand Rapids, MI 49503 |
| (248) 352-5700 | (616) 831-1700 |
| dbusta@levinebenjamin.com | portingaa@millerjohnson.com |

**Stipulation & Order of Dismissal**

The parties stipulate to the dismissal of Plaintiff's complaint with prejudice and without costs.

**IT IS SO ORDERED.**

Dated:  November 9, 2022         s/George Caram Steeh
                                          Hon. George Caram Steeh
                                          U.S. District Court Judge

**STIPULATED TO BY:**

By:  /s/ Donald W. Busta, Jr.  
    Donald W. Busta, Jr. (P67544)  
    Levine Benjamin PC  
    100 Galleria Officenter, Ste. 411  
    Southfield, MI  48034  

Dated:  November 8, 2022

By:  /s/ D. Andrew Portinga  
    D. Andrew Portinga (P55804)  
    Miller Johnson  
    45 Ottawa Ave. SW, Ste. 1100  
    Grand Rapids, MI  49503  

Dated:  November 8, 2022